IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>  Plaintiff,   )<br>  )<br>  -vs-   )<br>  )<br>TIFFANY L. ROBINSON,   )<br>  )<br>  Defendant.   ) | No.  21-MJ-433STE<br><br>Violations: 18 U.S.C. § 1152<br>              18 U.S.C. § 661 |

## INFORMATION

The United States Attorney charges:

On or about June 4, 2021, in Cotton County, within Indian Country, in the Western District of Oklahoma,

------------------------------------ TIFFANY L. ROBINSON, ------------------------------------

a non-Indian, did knowingly take and carry away, with intent to steal or purloin, personal property valued at less than $1000.00 of R.T., an Indian.

All in violation of Title 18, United States Code, Sections 1152 and 661.

ROBERT J. TROESTER
Acting United States Attorney

*/s/ Jessica L. Cárdenas*

JESSICA L. CÁRDENAS
Assistant U.S. Attorney